UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | JUDGE DONALD C. NUGENT |
| ) | | |
| Plaintiff, ) | | CASE NO.: 1:04 CR 223 |
| ) | | |
| vs. ) | | MEMORANDUM OPINION |
| ) | | AND ORDER |
| STEVEN D. FLOWERS, ) | | |
| ) | | |
| Defendant. ) | | |

This matter is before the Court on remand from the Sixth Circuit Court of Appeals, in connection with the Court's prior Order denying Mr. Flower's Motion for Early Termination. (ECF #93, 95, 97). Mr. Flowers began supervision on October 13, 2020. As he has been on supervision for more than a year, he is eligible to be considered for early termination. 18 U.S.C. § 3853(e)(1). However, after full consideration of the factors set forth in 18 U.S.C. § 3553(a) early termination is not appropriate at this time. Although, Mr. Flowers has demonstrated prosocial behaviors such as maintaining employment, stable housing, and 12 months of clean drug screens, these factors do not fall outside the scope of generally expected behaviors while on supervised release. They also do not outweigh the § 3553 considerations, specifically those relating to the nature and circumstances of the crime and history of the defendant. Mr. Flowers was engaged in the distribution of crack cocaine, a serious offense with a high impact on the community. He was a criminal history category VI and qualified as a career offender indicating that he has an extensive

history of recidivism.  Despite this history, he received a reduction in his sentence through Compassionate Release on the condition that he be subject to an eight year period of supervised release.  Further, he violated his terms of supervision in May of 2024 by failing to remain drug free.  For these reasons, Mr. Flower's request for early termination is DENIED.

IT IS SO ORDERED.

DATED December 8, 2025

DONALD C. NUGENT
United States District Judge